UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NORTH CAROLINA
WESTERN DIVISION
DOCKET NO. 3:94CR00066-1

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| vs. | ) | ORDER OF ABATEMENT |
| | ) | |
| FELTON RUDOLPH MCKOY | ) | |

It now appearing to the court that the said Felton Rudolph Mckoy died on or about November 23, 2007. At which time a remaining liability existed in the amount of $1,176.00

**THEREFORE**, the court does find and conclude that the judgment did abate with the death of said debtor.

This the 18th day of July, 2011

Malcolm J. Howard
Senior United States District Court Judge